April 14 2015

RE: Maximiliano Gonzalez, Jr. No.s B-99-2083-0-CR-B;B-99-2084-
0-0CR-B, B-99-2085-0-CR-B

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 27 2015

Abel Acosta, Clerk

Attention: Honorable Clerk Acosta

   Enclosed please find an original copy of 1.) Motion
to File APPLICANT FOR WRIT OF MANDAMUS and 2.) APPLICATION FOR
WRIT OF MANDAMUS to be filed and brought to the Attention of
this Court.

         Thank you for your Asssistance


                              _Max Gonzalez Jr_ (Pro Se)

                              Maximiliano Gonzalēz, Jr
                              (PRO SE)
                              T.D.C.J. I.D. # 905188
                              Connally Unit
                              899 F.M. 632
                              Kenedy, Texas 78119




P.S. Also enclosed please find
     a S.A.S.E. for you to date
     stamp and return upon reciet
     of this letter.

NO. B-99-2083-0-CR-B; B-99-2084-0-CR-B
and B-99-2085-0-CR-B

| MAXIMILIANO GONZALEZ, Jr. | § | |
| RELATOR, | | IN THE COURT |
| | § | |
| V. | § | OF CRIMINAL APPEALS |
| | § | OF THE STATE OF TEXAS |
| BEE COUNTY DISTRICT CLERK, | § | |
| Respondant | | |
| | § | |

---

MOTION FOR LEAVE TO FILE APPLICATION FOR WRIT OF MANDAMUS

---

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Maximiliano Gonzalez, Jr. Relator, in the above entitled and numbered cause, and respectfully moves this Court pursuant to Texas Rules of Appellate Procedure 72.1 to Grant leave to file the Accompanying original Application for Writ of Mandamus.

Respectfully Submitted,

Maximiliano Gonzalez, Jr
(PRO SE)
T.D.C.J. I.D. # 905188
Connally Unit
899 F.M. 632
Kenedy, Texas 78119

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above entitled and numbered Motion has been served on Clerk, Abel Acosta, Supreme Court Bldg., 201 W 14th St, Rm 106, Austin, Texas 78711-2308 by Mail, By depositing it Post paid, in an Official depository under the care and custody of the United States postal Service on the __14__ day of April, 2015.

Maximiliano Gonzalez, Jr
T.D.C.J. I.D. # 905188
Connally Unit
899 F.M. 632
Kenedy, Texas 78119

NO. B-99-2083-0-CR-B, B-99-2084-0-CR-B
B-99-2085-0-CR-B

| | | |
|---|---|---|
| MAXIMILIANO, GONZALEZ, Jr | § | |
| Relator | | IN THE COURT OF |
| | § | |
| v. | § | CRIMINAL APPEALS OF |
| | § | |
| BEE COUNTY DISTRICT CLERK | § | THE STATE OF TEXAS |
| Respondant | | |
| | § | |

---

## APPLICATION FOR WRIT OF MANDAMUS

---

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes Now, Maximiliano Gonzalez,Jr, Relator, and files this Application for writ of mandamus directing Bee County District Clerk, Respondant to forward Relators Application for Habeas Corpus Relief under Texas Code of Criminal Procedure Article 11.07, to the Court of Criminal Appeals pursuant to Art. 11.07, § 3(c).

In support of this Application, Relator shos the Court the following:

I.

On September 15th, 2003, Relator filed a Writ of Habeas Corpus with the District Clerk of Bee County, Pursuant to Art. 11.07. A copy of the Bee County District Clerk's date of reciept and filing reflecting this action is attached as [Exhibit A]. As of this date the Respondant has refsed to forward Relator's Writ to the Court of Criminal Appeals as required by Art. 11.07§3(c).

II.

The Respondents failure to act as requested by relator is a failure to perform a ministerial function under the facts of this case. See GIBSON V. DALLAS COUNTY DISTRICT CLERK, 275 S.W.3d. 491 (Tex. Crim. App. 2009).

III.

The relator has no adequate remedy at law to pursue the requested relief other than this Application.

IV.

This Court has Jurisdiction to issue a Writ of Mandamus in this cause under Article 5, Section 5 of the Texas Texas Constitution and Article 4.04 of the Code of Criminal Procedure.

Wherefore, Relator prays this Court Grant this Application and issue a Writ of Mandamus directing the Bee County District Clerk, Respondent, to forward Relator's Application for Writ of Habeas Corpus Art. 11.07 to this Court of Criminal Appeals immediately.

Respectfully Submitted,

_Maximiliano Gonzalez, Jr. (Pro Se)_
Maximiliano González, Jr.
(PRO SE)
T.D.C.J. I.D. # 905188
Connally Unit
899 F.M. 632
Kenedy, Texas 78119

## UNSWORN DECLARATION

I Maximiliano Gonzalez, Jr, #905188 am presently incarcerated in the John B. Coonally Unit in Karnes County Texas. I declare under the penalty of perjury that the facts stated in this document are true and correct.

EXecuted on April _14_ 2015.

Maximiliano Gonzalez, Jr.
TDCJ.ID.# 905188

## CERTIFICATE OF SERVICE

I certify that a Coppy of Application For Writ of Mandamus was served on Clerk, Abel Acosta, Supreme Court Bldg. 201 W. 14th, St., Rm 106, Austin, Texas 78711-2308, By U.S. Mail on April _14_ 2015.

Maximiliano Gonzalez, Jr.

Exhibit
A

## INMATE CORRESPONDENCE REPLY

TO: MAXIMILIANO GONZALES JR. #905188
    9 FM 632
    KENDY, TEXAS 78119

FROM SANDRA CLARK
DISTRICT CLERK BEE COUNTY
P. O. BOX 666
BEEVILLE, TEXAS 78104

Re: Post Conviction Writ of Habeas Corpus, B-99-2085-0-CR-B-1

Dear MAXIMILIANO GONZALES JR., # 905188   File date: SEPTEMBER 15, 2003

[ ]   Upon receipt of proper fee, the copies you requested will be prepared and mailed. Non-certified copies are $1.00 for the first page and 25 cents for each additional page. Certified copies are $1.00 per page. The cost for copies requested will be $_____ .

[ ]   We will need a court order to prepare the copies you requested at no charge to you.

[ ]   Contact the Court Reporter listed below to request a copy of the Statement of Facts and fees.
      Name_____
      Address:_____

[XX]  Your Petition for Writ of Habeas Corpus has been received ad file. Article 11.07 of the Texas Code of Criminal Procedure affords the State 15 days to answer. After that 15 days, the Court has 20 days in which it may order a hearing. If no order has been entered 35 days from the filing date, the petition will be forwarded to the Court of Appeals for their consideration.

[ ]   The following document has been filed in the above listed case: in cause number in theA file-stamped copy of document is attached.

[ ]   This date, the transcript of you Petition for Writ of Habeas Corpus has been forwarded to the Court of Appeals.

[ ]   This is to acknowledge you motion for Shock Probation, please be advised the Court has GRANTED/DENIED same.

[ ]   Other: _____ .

All further correspondence should indicate the above cause number.

Yours Truly,

Sandra Clark
District Clerk BEE County

by: Marcos Arteaga
                    Deputy

cc:

© TACSRS 2001

**District Clerk**
**Sandra Clark**
**P.O.Box 666**
Beeville, Texas 78104-0666
**(361) 362-3242**



**COUNTY OF BEE**

105 W. Corpus Christi
Rm. 201
Beeville, Texas 78102
(361) 362-3282 (Fax)

George Morrill II
Bee County District Attorney
105 W. Corpus Christi
Beeville, Texas 78102

RE: Post Conviction Writ Of Habeas Corpus
CAUSE NO. B-99-2084-0-CR-B
STATE OF TEXAS VS MAXIMILIANO GONZALES JR.

Dear George Morrill,

Mr. Maximiliano Gonzales Jr. filed a Post Conviction Writ Of Habeas Corpus In the 156TH District Court of Bee County Texas, on September 15, 2003, in accordance with the Code of Criminal Procedure Art. 11.07 (2) (B). A copy of such is hereby being forwarded to you for your review. Your answer date is **September 29th, 2003**. If an answer is not filed with the court on or before this date, the transcript of the Post Conviction Writ of Habeas Corpus will be forwarded to the Court of Criminal Appeals.

Please acknowledge receipt of the of the copy of the Post Conviction Writ of Habeas Corpus and note that by signing below you are also waving the right of receiving this document by certified mail.

Thank you for your attention in this matter. If further assistance is needed, please feel free to contact my office at (361) 362-3242.

Sandra Clark
District Clerk
Bee County, Texas

By: _____
Deputy

2003 SEP 16 PH 2: 37

4-16-03 _____
DISTRICT ATTORNEY

_____
DATE OF RECEIPT

Maximiliano Gonzales, Jr.
TDCJ-ID # 905188
899 FM 632
Kenedy, Texas 78119


August 31, 2003


Mrs. Sandra Clark
District Clerk, Bee County
Beeville, Texas 78104-0666


Re:   Cause Nos. B-99-2083-0-CR-B, B-99-2084-0-CR-B and B-99-2085-0-CR-B
      The State of Texas v. Maximiliano Gonzales, Jr.


Dear Mrs. Clark:

Enclosed please find the Original Application for Writ of Habeas Corpus with Brief in Support. Please file and bring to the attention of the proper court. Please date stamp this letter and return it to me at the address above.

Your kind assistance is greatly appreciated.



Sincerely,



Maximiliano Gonzales, Jr.

FILED:
15 Day Of September 20 03
at 2:45 o'clock P. M. at Beeville, Texas
SANDRA CLARK
Clerk of the District Court of Bee County, Texas
By Marcos Huizga
Deputy